**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:21-cr-696 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEVEN L. SMITH, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Jonathan D. Greenberg Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Deven L. Smith and enter a finding of guilty against defendant. (Doc. No. 24.)

On September 30, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On September 9, 2022, this Court issued an order assigning this case to Magistrate Judge Greenberg for the purpose of receiving defendant's guilty plea. (Doc. No. 21.)

On September 27, 2022, a hearing was held in which defendant entered a plea of guilty, as follows:

- Counts 1-3, charging him with Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C);

- Count 4, charging him with Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. 924(c)(1)(A)(i);

- Count 5, charging him with Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. 922(g)(1).

Magistrate Judge Greenberg received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 24.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 2, 3, 4 and 5 of the indictment. The sentencing will be held on April 6, 2023, at 12:00 p.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: December 16, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**